**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1968**

_____

CHRISTOPHER D. ALEX,

                    Plaintiff - Appellant,

          v.

RAY MABUS, Secretary Dept. of the Navy Agency,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge.  (1:11-cv-01207-LMB-IDD)

_____

Submitted:  January 22, 2013        Decided:  January 24, 2013

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher D. Alex, Appellant Pro Se.  Kevin J. Mikolashek,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher D. Alex appeals from the district court's order dismissing his civil action in which he asserted a violation of his First Amendment rights. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alex v. Mabus, No. 1:11-cv-01207-LMB-IDD (E.D. Va. June 20, 2012). We deny Alex's motion for appointment of counsel and for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED